```
 1
 2
 3
 4
 5                  IN THE UNITED STATES DISTRICT COURT
 6                FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8  UNITED STATES OF AMERICA,      )
                                   )    2:97-cr-00026-GEB
 9            Plaintiff,           )
                                   )
10        v.                       )    ORDER
                                   )
11  RICO DURAN MAYO                )
                                   )
12            Defendant.           )
                                   )
13
```

14          Defendant Rico Duran Mayo filed a "Motion for Reduction in
15  Sentence under 18 U.S.C. § 3582(c)(2), and FSA of 2010" on January 3,
16  2011, in which he requests a reduction of sentence "for the reasons that
17  the defendant was sentenced to a term of imprisonment base[d] upon a
18  sentencing range . . . that was subsequently lowered[.]" (ECF No. 80.)
19          The government is requested to file a written response to
20  Defendant's motion as soon as practicable.
21          IT IS SO ORDERED.
22  Dated:  January 6, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge